UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DARRELL HUBBARD | ) | |
|     Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:24-CV-267-FL |
| GOLDSBORO POLICE DEPARTMENT, | ) | |
| ALVINO DANIELS, ERIC GOINS, | ) | |
| Detective, BRAD E. GOODING, Officer, | ) | |
| MICHELLE WARREN, Supervisor Sgt, | ) | |
| MICHAEL SWEET, Sergeant, MIKE | ) | |
| WEST, Police Chief, WAYNE COUNTY | ) | |
| PROSECUTOR'S OFFICE, ANDREW | ) | |
| T. TAMER, Assistant DA, MARCUS | ) | |
| SMITH, ANDREW NICHOLSON, | ) | |
| and LARRY GRAY, JR. | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 22, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on August 22, 2024, and Copies To:**
Darrell Hubbard (via CM/ECF Notice of Electronic Filing)


August 22, 2024                    PETER A. MOORE, JR., CLERK

                                        /s/Sandra K. Collins
                         (By)     Sandra K. Collins, Deputy Clerk